DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDEN SHUCK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D2025-2144 and 4D2025-2145

[May 13, 2026]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Elizabeth Metzger and William Loy Roby, Judges; L.T. Case Nos. 432022CF000281CFAXMX and 432022CF000230CFAXMX.

Daniel Eisinger, Public Defender, and Jeffrey L. Anderson, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Kimberly Tollett Acuña, Senior Assistant Attorney General, West Plam Beach, for appellee.

***ON CONFESSION OF ERROR***

PER CURIAM.

The appellant separately appeals from two trial court orders denying in part her Florida Rule of Criminal Procedure 3.800(b)(2) motions to correct sentencing errors. For both appeals, the appellant argues the trial court erred by imposing $400 for prosecution costs where only $200 was orally pronounced at sentencing. We consolidate those appeals.

The state concedes that the trial court erred in imposing an additional $200 for prosecution costs. After reviewing the records, we accept the confession of error and reverse the $400 prosecution cost imposition, and remand for the trial court to reduce the prosecution cost to $200. *See Santiago v. State*, 133 So. 3d 1159, 1167 (Fla. 4th DCA 2014) ("Where a trial court's written sentencing order conflicts with the oral pronouncement, the oral pronouncement controls.").

*Reversed and remanded.*

GROSS, LEVINE and KLINGENSMITH, JJ., concur.

\*  \*  \*

**Not final until disposition of timely-filed motion for rehearing.**